IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

UNITED STATES OF AMERICA :
:
vs. : CRIMINAL NO. 7:12-CR-14-HL
:
: VIOLATION: 18 U.S.C. § 242
WALTER YOUNG :
_____ :

THE GRAND JURY CHARGES:

## COUNT ONE
(Deprivation of rights under color of law)

On or about March 24, 2011, in Tift County, in the Middle District of Georgia, the defendant, Walter Young, while acting under color of law as the Chief of Police of the Omega Police Department, physically assaulted A.M., a pretrial detainee, thereby willfully depriving A.M. of the right, secured and protected by the Constitution and laws of the United States, not to be deprived of liberty without due process of law, which includes the right to be free from the use of excessive force amounting to punishment by a police officer. This offense resulted in bodily injury to A.M.

All in violation of Title 18, United States Code, Section 242.

A TRUE BILL.

*s/ Foreperson of the Grand Jury*
FOREPERSON OF THE GRAND JURY

MICHAEL J. MOORE
UNITED STATES ATTORNEY

THOMAS E. PEREZ
ASSISTANT ATTORNEY GENERAL
CIVIL RIGHTS DIVISION

Presented by:

FORREST CHRISTIAN
SPECIAL LITIGATION COUNSEL
Virginia Bar No. 46743

TONA BOYD
TRIAL ATTORNEY
California Bar No. 270975

UNITED STATES DEPARTMENT OF JUSTICE
Civil Rights Division
601 D Street, N.W.
Washington, DC 20004
202/305-3666
202/514-8336 (fax)

ROBERT MCCULLERS
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this _11th_ day of March, AD 2012.

Deputy Clerk