# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**WALTER YOUNG,**<br><br>    Defendant. | Case No. 7:12-CR-14 (HL) |

## ORDER

This case is before the Court on Defendant's Motion to Extend Time for Voluntary Surrender (Doc. 64). For the reasons set forth below, the motion is denied.

On March 15, 2012, Defendant was indicted on one count of deprivation of rights under color of law, in violation of 18 U.S.C. § 242. On August 1, 2012, a jury returned a guilty verdict against Defendant, and on October 22, 2012, Defendant was sentenced to a prison term of 24 months. Defendant was allowed to voluntarily surrender. Defendant has been notified that his surrender date is December 10, 2012. He now requests that the Court delay the date of his reporting to prison until sometime in early January of 2013.

The Court has reviewed Defendant's motion and is sympathetic to Defendant's plight. But the reasons set forth by Defendant for an extension of time are common to virtually every person in his position and are not unusual. Every criminal and his family face hardship as the result of imprisonment. This is an unfortunate time of year for anyone to have to go to prison. Granting the requested relief based on the

reasons stated in the motion, however, would establish a poor precedent leading to frequent motions of a similar character which the Court neither encourages nor would be inclined to grant. Therefore, Defendant's request is denied. He is to report on December 10, 2012 to begin his sentence.

**SO ORDERED**, this the 7th day of December, 2012.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh